IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JEFF PITTMAN,<br><br>    Plaintiff,<br><br>     v.<br><br>EAGLE GLOBAL LOGISTICS,<br><br>    Defendant. | CIVIL ACTION FILE<br>NO. 1:06-CV-2338-TWT |

## ORDER

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 19] of the Magistrate Judge recommending dismissing the case for failure to follow lawful Orders of the Court. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 20 day of August, 2007.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\06\Pittman\r&r.wpd